# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

05m-1081-JGD

v.

Criminal No. 05-cr-75-03 - JD

Samuel Bedient

## WARRANT FOR ARREST

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Samuel Bedient and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

Violation of Condition of Bail. *See* Petition attached.

ISSUED BY:

DATE: May 19, 2005

Janice G. Bushold
Deputy Clerk

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: _____ 5/19/05
DEPUTY CLERK

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |