UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 05m-1081-JGD |
| ) | |
| SAMUEL BEDIENT, ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Francis P. Dawson, Deputy United States Marshal, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am aware that, on May 19, 2005, Samuel Bedient was arrested on probable cause in Massachusetts on a warrant for arrest issued in the United States District Court for the District of New Hampshire charging the defendant with Violation of Condition of Bail, and I do hereby make oath that this warrant for arrest is outstanding in said District on the basis of the information set out above.

_____
Francis P. Dawson
Deputy U.S. Marshal
United States Marshal's Service

Subscribed and sworn to before me
this 19th day of May, 2005

_Judith Gail Dein_
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS